# EXHIBIT "E"

## U.S. PATENT NO. 7,894,837

| '837 Patent, Claim 11 Language | Defendants' Smartphones |
|---|---|
| Claim 11.  A method for managing wireless network access and | Defendants' smartphones are and/or were available through a number of sources, including through the carriers AT&T, Sprint, T-Mobile, U.S. Cellular, and Verizon. |
| | Defendants' own websites feature a number of products, including their smartphones. |
| instant messaging | Defendants'' smartphones are reported to have "IM" capability. In this context, "IM" stands for "Instant Messaging."   In fact, it has been stated that "Instant Messaging has taken the world by storm dislodging conventional techniques of communication and becoming the most popular way of real-time communication." Further, a number of studies have shown that the ability to do instant messaging is a major reason why customers purchase wireless telephony handsets. |
| | "Hangouts" is an instant messaging application that was initially released on May 15, 2013.   Further, it has been represented that "Hangouts" is/was built into every Android phone that has Google Play Services, and instant messaging is another. |
| | In the event that Hangouts was not already pre-installed onto Defendants' Android smartphone it can/could easily be obtained and downloaded for free from a number of websites. |
| | Defendants also provide a link to the Google Play Store that, in turn, offers a number of other Android messaging apps for their smartphones. |
| | And, for the apparent convenience of the user, Defendants include an icon for "Play Store" directly on the home screen of their smartphones. |
| through a wireless access point | It is well-known in the art that Defendants' smartphones connect to a Wi-Fi network. |

| | |
|---|---|
| with a handheld instant messaging terminal | Defendants' smartphones are handheld instant messaging terminals. |
| comprising: | The word "comprising" terminating the preamble of a patent claim means "including, but not necessarily limited to." |
| generating textual characters and graphical symbols in response to manipulation of keys on a data entry device of a handheld instant messaging terminal; | Defendants' smartphones feature an integral data entry device that generates both textual characters and graphical symbols in response to manipulation of the keys on the data entry device. |
| displaying the generated textual characters and graphical symbols on a display of the handheld instant messaging terminal; | Defendants' smartphones include a display that displays the generated textual characters and graphical symbols. |
| generating data messages with the generated textual characters and graphical symbols in accordance with at least one instant messaging protocol that is compatible with an instant messaging service; | Defendants' smartphones generate data messages in accordance with an instant messaging protocol that is compatible with an instant messaging service. |
| wirelessly transmitting the generated data messages to a wireless network access point through an Internet protocol communications module and wireless transceiver in the handheld instant messaging terminal; and | Defendants' smartphones wirelessly transmit the data messages to a wireless network access point through an Internet protocol communications module and wireless transceiver in Defendants' smartphones. |
| controlling a | Defendants' smartphones control a conversation session in |

2

| | |
|---|---|
| conversation session in accordance with the at least one instant messaging protocol being implemented with a control module located within the handheld instant messaging terminal. | accordance with an instant messaging protocol that is implemented with a control module located within Defendants' handheld smartphones. |