# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ZIPIT WIRELESS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HTC AMERICA, INC. and ZTE (USA), INC., <br><br> Defendant. | Civil Action No. _____ <br><br> **JURY TRIAL DEMANDED** |

## **PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Zipit Wireless, Inc. ("Plaintiff") states that:

1. Plaintiff is a company organized and existing under the laws of the State of Delaware;

2. Plaintiff has no parent corporation; and

3. No publicly held corporation owns 10% or more of Plaintiff.

Respectfully submitted, this 11th day of June, 2020.

/s/ Cortney S. Alexander

Stephen R. Risley
KENT & RISLEY LLC
5755 North Point Parkway, Suite 57

1

Alpharetta, GA 30022
Telephone: (404) 585-2101
Facsimile: (678) 389-9402
Email: steverisley@kentrisley.com

Cortney S. Alexander
KENT & RISLEY LLC
5755 North Point Parkway, Suite 57
Alpharetta, GA 30022
Telephone: (404) 855-3867
Facsimile: (770) 462-3299
Email:
cortneyalexander@kentrisley.com

Attorneys for Plaintiff
Zipit Wireless, Inc.